

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2022

No. 04-21-00449-CV

Paula **MANZANARES**,
Appellant

v.

Perry **ALVAREZ**,
Appellee

From the County Court, Frio County, Texas
Trial Court No. 9704
Honorable Arnulfo C. Luna, Judge Presiding

# O R D E R

The trial court signed the judgment for plaintiff evicting defendant on September 15, 2021. Appellant's notice of appeal was due to be filed on October 15, 2021. *See* TEX. R. APP. P. 26.1(b). Appellant's notice of appeal was filed on October 18, 2021. A motion for extension of time to file the notice of appeal was due on October 30, 2021. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, appellant did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, **no later than January 18, 2022**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2022.



Michael A. Cruz,
Clerk of Court